# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

YVONNE FORTKAMP,

           Plaintiff,   :   Case No. 3:15-cv-34

                                            District Judge Walter Herbert Rice

-   vs  -                              Magistrate Judge Michael R. Merz

JUDGE JEFFREY R. INGRAHAM,

           Defendant.   :

## ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATIONS

The Court has reviewed the Supplemental Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #10), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Supplemental Report and Recommendations.

Accordingly, it is hereby ORDERED that this case is dismissed without prejudice under the Eleventh Amendment as to any official capacity claims made against Judge Ingraham and with prejudice as barred by absolute judicial immunity as to any personal capacity claims. This case is TERMINATED on the docket of this Court.

March 17, 2015.

                                                      Walter Herbert Rice
                                                      United States District Judge